**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| Javon Marable, : | |
| : | |
| : | |
| Plaintiff, : | Civil Action No.: 1:09-cv-01882-RDB |
| v. : | |
| : | |
| Tri-Financial, : | |
| : | |
| : | |
| Defendant. : | |
| : | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiff, Javon Marable, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 24, 2010

Respectfully Submitted,

By: /s/ Forrest E. Mays

Forrest E. Mays MD Bar No. 07510
2341 N Forrest Drive, Suite 90
Annapolis, MD  21403
Telephone: (410) 267-6297
Facsimile: (410) 267-6234
Email: mayslaw@mac.com
MD Bar No. 07510


Of Counsel To
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 24, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

              By: /s/ Forrest E. Mays
                Forrest E. Mays